EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2011 TSPR 162 |
| | |
| Sigfredo Pons Fontana | 183 DPR ____ |

Número del Caso: TS-8373

Fecha: 3 de noviembre de 2011

Oficina de Inspección de Notarías:

      Lcda. Lourdes Quintana Llorens
      Directora

Abogado del Querellado:

      Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Sigfredo Pons Fontana                    TS-8373

RESOLUCION

San Juan, Puerto Rico, a 3 de noviembre de 2011.

Examinada la *Moción en Cumplimiento de Resolución* presentada por la Oficina de Inspección de Notarías en el caso de epígrafe, se autoriza la reinstalación del Lcdo. Sigfredo Pons Fontana al ejercicio de la abogacía y la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo